UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc. et al.,

            Plaintiff(s),                    Case No. 2:20-cv-11251

v.                                              Honorable Stephen J. Murphy, III

ALPHA Corporation et al.,                    Magistrate Judge R. Steven Whalen

            Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __12-02311__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Marianne O. Battani__ and Magistrate Judge __Mona K. Majzoub__.

                                              s/Stephen J. Murphy, III
                                              Stephen J. Murphy, III
                                              United States District Judge

                                              s/Marianne O. Battani
                                              Marianne O. Battani
                                              United States District Judge

---

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __5/26/2020__                                          s/ S Schoenherr
                                                             Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Marianne O. Battani