UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                                       MDL No. 2311

### ORDER REASSIGNING LITIGATION

      The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Michigan.

      IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Sean F. Cox, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

                                                        FOR THE PANEL

                                                        Karen K. Caldwell
                                                        Chair